FIO # 1797944

AUSA C. Oberg, 313-226-9701
Special Agent Gary Leone, FBI, 313-237-4062

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

W Add # 1039-1029-0304-J

United States of America
v.

**MUHAMMAD ABDUL SALAAM,**
a.k.a. Muhammad Addul Salaam, a.k.a. Gregory Stone, a.k.a. Gun Man, a.k.a. Norman Shields

Case: 2:09-mj-30436
Judge: Unassigned,
Sealed Matter (ml)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Muhammad Abdul Salaam, a.k.a. Muhammad Addul Salaam, a.k.a. Gregory Stone, a.k.a. Gun Man, ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

From 2007 to the present, defendant committed, and aided and abetted others in committing, 18 U.S.C. § 371 (conspiracy to commit federal crimes, including 18 U.S.C. § 2315, sale or receipt of stolen goods transported in interstate commerce).

FILED
NOV 0 9 2009
CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

Date: 10/27/09

City and state: Detroit, MI

*Issuing officer's signature*
DONALD A. SCHEER
U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/27/09 , and the person was arrested on *(date)* 10/28/09
at *(city and state)* Detroit, MI

Date: 10/28/09

*Arresting officer's signature*
Brian P. Bell, FBI
*Printed name and title*

Distribution: Original Court - 1copy U.S. Marshal - 2 copies USA